

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

April 16, 1959

*WW -*

Hon. J. M. Falkner
Commissioner
Banking Department
Austin, Texas

Opinion No. 597

Re: Whether amendments to Articles
of Association of a credit
union should be approved by the
State Banking Board or by the
Banking Commissioner.

Dear Mr. Falkner:

You have requested the opinion of this office as to
whether amendments to the articles of association of a credit
union should be approved by the State Banking Board or the
Banking Commissioner of Texas.

Article 2643, Vernon's Civil Statutes, providing for
the incorporation of credit unions, is as follows:

"Ten (10) or more residents of this State
may associate themselves together by articles
of agreement and form a credit union and <u>upon
approval of the State Banking Board, may become
a corporation upon complying with such provi-
sions of the law regulating State banks as may
be applicable to the transaction of business
as herein authorized to be done</u>. The State
Banking Board may permit the formation of such
corporation when it is satisfied that the pro-
posed field of operation is favorable to the
success of a credit union, and the standing of
the proposed members is such as to give assur-
ance that its affairs will be administered in
accordance with the spirit of this Law, and
said Board may investigate or cause to be inves-
tigated such matters when deemed by it necessary
to assist it in its determination of such duties,
the actual expenses of such investigation to be
paid upon itemized statement thereof by the ap-
plicants for charter under this Law. If the
charter is granted, the corporation shall reim-
burse said applicants for such payment. When
permission for the formation of such corpora-
tion shall have been granted by the State Bank-
ing Board, the Banking Commissioner shall issue
a charter to said credit union to do business in

conformity with the provisions of this Title upon the payment of a charter fee of Ten Dollars ($10)." (Emphasis added).

Article 2467, V.C.S., provides:

"No such credit union shall receive deposits or payments on account of shares, or make any loans until its by-laws have been approved in writing by the Banking Commissioner, nor shall any amendment to its by-laws become operative until they have been so approved."

Articles 2461 through 2484b, Vernon's Civil Statutes, which govern the formation and conduct of credit unions, contain no specific provision relating to amendments to the articles of association. However, Article 2463 provides that, upon approval by the State Banking Board, ten or more residents of Texas may form a credit union "upon complying with such provisions of the law regulating State banks as may be applicable to the transaction of business as herein authorized to be done."

Article 342-312, Texas Banking Act of 1943, provides for amendments to articles of association of State banks to be filed with and after approval by the Banking Commissioner of Texas, such amendments shall thereupon become effective. However, it is provided that any amendment changing the domicile of any State bank to another city or town shall not be effective until approved by the State Banking Board in the manner provided for the approval of an original application for charter.

The use of the emphasized phraseology contained in Article 2463, V.C.S., evidences the legislative intent that the Banking Commissioner of Texas should approve all amendments to the articles of association of credit unions in the same manner required for the approval of amendments to the articles of association of State Banks. The approval of amendments to the articles of association of credit unions by the State Banking Board is not required except under the conditions provided for in Article 342-312, V.C.S., in the case of approval of amendments to articles of association of State banks.

### SUMMARY

The State Banking Commissioner shall approve all amendments to articles of association of credit unions except where the approval of the State Banking Board is required under the provisions of Article 342-312, V.C.S.

Yours very truly,

WILL WILSON
Attorney General of Texas

By   C. K. Richards
     Assistant

CKR:wb

APPROVED:
OPINION COMMITTEE

Geo. P. Blackburn, Chairman
Richard O. Jones
Milton Richardson
Marvin H. Brown, Jr.
Robert T. Lewis
David Thomas

REVIEWED FOR THE ATTORNEY GENERAL

BY:  W. V. Geppert